# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 486 WAL 2015
:
            Petitioner :
:
             : Petition for Allowance of Appeal from
             : the Order of the Superior Court
        v. :
:
:
:
MARK COLEMAN, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.